# United States District Court
## Violation Notice

(Rev. 1/2018)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC35 | 9461387 | S. HERNANDEZ | 1029 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/21/2020  09:11 hrs | 21 USC 844 |

Place of Offense: NAVAL BASE VENTURA COUNTY
POINT MUGU, CA 93041
BLDG 724

Offense Description: Factual Basis for Charge    HAZMAT ☐

SIMPLE POSSESSION

### DEFENDANT INFORMATION

Last Name: HAKOOPIAN    First Name: ARMEN

Street Address: ▓▓▓▓▓▓

| Tag No. | State | Year | Make/Model | Pass Color |
|---|---|---|---|---|
| 8BVTBI09 | CA | 2001 | HYUNDAI SANTA FE | GOLD |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

$ _____  Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9461387*

---

(For issuance of an arrest warrant or summons)

I state that on DECEMBER 21, 2020 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE REPORT NO #2048114021, ATTACHED HERE TO REFERENCE HEREIN.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  12/31/2020
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident